Mona L. Burton, 5399
Ellen E. Ostrow, 14743
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101-1031
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
*Attorneys for Non-MES Members*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In Re: | Case No. 15-31630 |
|---|---|
| STOVE IN A CAN, LLC, | Chapter 11 |
| Debtor. | Hon. R. Kimball Mosier |
| | **MOTION TO DISMISS CASE** |

Robert Bauer, Jerry Vergin, Boun-3-Trucking, Thelma Long, Lane and Chew Yuen Liau, Ray R. Roa, and Joseph and Margie Bradbury (collectively, the "**Non-MES Members**")[1], submit their Motion to Dismiss Case as follows:

The filing of this case was not properly authorized under Utah law and should be dismissed.

As authority for the dismissal of the case, the Non-MES Members incorporate herein the factual allegations and argument and authorities contained in their Consolidated Objection to Debtor's Motions and Applications: (A) to Extend Time to Filed Statements and Schedules, (B) Directing Turnover of Property of the Estate by Minority Members, (C) to Stay the State Court Proceedings, (D) for an Order Releasing Inventory, (E) to Retain Counsel and (F) to Retain Accountants.

---

[1] The Non-MES Members are members of the Debtor. My Emergency Store, LLC ("**MES**") purports to also be a member of the Debtor. Richard and Sumana Chea are also members of the debtor.

1

Wherefore, the Non-MES Members respectfully request the above case be dismissed.

DATED: January 4, 2016.

                            HOLLAND & HART LLP

                            /s/ Mona L. Burton
                            Mona L. Burton
                            Ellen E. Ostrow
                            *Counsel for Non-MES Members*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2016, the foregoing MOTION TO DISMISS CASE has been served via the Court's electronic filing notification system on:

David P. Billings
*Proposed counsel for Debtor*
Stormont Billings, PLLC
525 East 100 South
Suite 275B
Salt Lake City, UT 84102
Email: david@stormontbillings.com

8362631_1